263 So.2d 44

**Betty BORNE et al.**

v.

**The MAGNOLIA SCHOOL.**

No. 52526.

June 20, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel of a plaintiff and defendant be notified.

■

263 So.2d 44

**James M. ARMSTRONG**

v.

**RED RIVER, ATCHAFALAYA & BAYOU BOUEF LEVEE BOARD.**

No. 52559.

June 20, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.